**Refugio AGUIRRE–GOMEZ; et al., Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–72023.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2011.[*]

Filed July 20, 2011.

Andres Z. Bustamante, Law Offices of Andres Z. Bustamante, Los Angeles, CA, for Petitioners.

Geoffrey Forney, Trial, Oil, Jem C. Sponzo, Esquire, Daniel Eric Goldman, Esquire, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

MEMORANDUM [**]

Refugio Aguirre–Gomez, Miriam Aguirre, and their minor child, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen. We have jurisdiction under 8 U.S.C.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 1252. We review for abuse of discretion the denial of a motion to reopen, *Singh v. Gonzales,* 491 F.3d 1090, 1095 (9th Cir. 2007), and we deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen as untimely because the motion was filed 14 years after the September 8, 1995, deportation order, *see* 8 C.F.R. § 1003.2(c)(2), and petitioners failed to establish the due diligence required for equitable tolling, *see Singh,* 491 F.3d at 1096–97.

We need not consider petitioners' remaining contentions in light of our disposition.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. Rule 36–3.